NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WEB TRACKING SOLUTIONS, LLC**
**AND DANIEL WEXLER,**
*Plaintiffs-Appellants,*

v.

**GOOGLE, INC.,**
*Defendant-Appellee.*

---

2012-1368

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-3139, Judge Roslynn R. Mauskopf.

---

**ON MOTION**

---

**O R D E R**

Web Tracking Solutions, LLC, Daniel Wexler, and Google, Inc. jointly move for a 30-day extension of time, until August 2, 2012, for Web Tracking Solutions, LLC, et al. to file their principal brief, and for a 30-day extension of time, until October 11, 2012, for Google, Inc. to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paul A. Lesko, Esq.
    Charles K. Verhoeven, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 0 2012

JAN HORBALY
CLERK